FILED
March 06, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MAXIMO ALBERTO ALONSO-ORDONEZ,** § | |
| Petitioner, § | |
| v. § | NO. SA-26-CV-00356-OLG |
| **PAMELA BONDI,** United States Attorney General, *et al.*, § | |
| Respondents. § | |

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, which Petitioner Maixmo Alberto Alonso-Ordonez initiated on January 22, 2026. (*See* Dkt. No. 1.) On March 3, 2026, Respondents filed an updated advisory, informing the Court that Petitioner was removed from the United States on January 28, 2026. (Dkt. No. 8.) Because Petitioner is no longer in Respondents' custody, this habeas proceeding is moot. Accordingly, the Court finds that this case should be and hereby is **DISMISSED AS MOOT**.

This case is **CLOSED**.

**SIGNED** on March 6, 2026.

_____
ORLANDO L. GARCIA
United States District Judge